UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN M. VILLANUEVA,<br>   Petitioner,<br> v.<br><br>SUPERINTENDENT LUTHER, DISTRICT ATTORNEY OF THE COUNTY OF HARRISBURG, ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>   Respondents. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :    No. 2:16-cv-1043 |

**O R D E R**
**Report and Recommendation, ECF No. 5 – Adopted in Part**

**AND NOW**, this 20th day of May, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

 1. The Report and Recommendation, ECF No. 5, is **ADOPTED in part**, as provided in the accompanying Memorandum;

 2. The Petition for Writ of Habeas Corpus, ECF No. 1, is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania;

 3. There is no basis for the issuance of a certificate of appealability, see Bell v. Kinston Rehab. Ctr., No. 11-41, 2011 U.S. Dist. LEXIS 11531, at *2 (D. Del. Feb. 7, 2011) (Schiller, J.) (concluding that there was no basis for the issuance of a certificate of appealability after dismissing the § 2254 petition for lack of jurisdiction); and

 4. The Clerk of Court shall **CLOSE** this case.

           BY THE COURT:

           */s/ Joseph F. Leeson, Jr.*
           JOSEPH F. LEESON, JR.
           United States District Judge